# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy No.: 17-43213 |
| Donald Andrew Driggs, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 9010(b) and 2002(g), and Local Rules 2002-5 and 9013-3, the undersigned hereby gives notice of his appearance on behalf of **Kruckeberg Real Estate Holdings, LLC**, and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case be served upon the undersigned at the office address, facsimile number or email address set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (1) any right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the U.S. District Court in any manner subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Date: November 1, 2017

GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.

*/s/   P. Jason Thibodeaux*
P. Jason Thibodeaux (#0395700)
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota 56301
Telephone: 320-202-5350
Fax: 320-257-5736
Email: jason.thibodeaux@gpmlaw.com

*Attorneys for Kruckeberg Real Estate Holdings, LLC*