**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                      BKY No. 17-43213

                                                                                             Chapter 7

Donald Andrew Driggs,

        Debtor.

---

**APPLICATION FOR ORDER APPROVING**
**EXTENSION OF TIME IN WHICH TO FILE SCHEDULES**

---

TO:   The Honorable William J. Fisher, Judge of the United States Bankruptcy Court, and all parties-in-interest.

     COMES NOW, Donald Andrew Driggs ("debtor"), by and through his undersigned counsel, submits this Application to the court for its order approving an extension of time in which to file the schedules in the referenced Chapter 11 bankruptcy proceeding.

1. This bankruptcy case was commenced by a partial filing of a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and complete matrix on October 25, 2017.
2. Due to the disarray of the debtor's books and records, the debtor requires additional time in which to complete and file the schedules and chapter 11 plan.

     Wherefore, debtor hereby prays for an order extending the period of time within which to file the required schedules until November 18, 2017.

                                      Respectfully submitted,

                                      **Joseph W. Dicker, P.A.**

Dated:  November 8, 2017                By:   */e/  Joseph W. Dicker*
                                                      Joseph W. Dicker (158264)
                                                      Suite 209
                                                      1406 West Lake Street
                                                      Minneapolis, MN  55408
                                                      Telephone:  (612) 827-5941
                                                      **Attorney for Debtor**

2

**UNSWORN VERIFICATION**

  The undersigned hereby verifies the at the facts set forth in the attached Application for Order Approving Extension of Time in Which to File Schedules are true and correct to the best of his knowledge, information and belief.

Dated:  November 8, 2017          _/e/ Joseph W. Dicker_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:                                                                  BKY No. 17-43213
                                                                                 Chapter 7

Donald Andrew Driggs,

                Debtor.
_____

**ORDER APPROVING**
**EXTENSION OF TIME IN WHICH TO FILE SCHEDULES**
_____

AT:     Minneapolis, Minnesota.

      This matter came on before the undersigned Judge of the United States Bankruptcy Court upon debtor's Application for Order Approving Extension of Time in Which to File Schedules. By this Application, the debtor seeks to extend the period of time within which to file the schedules and plan in the above-captioned Chapter 11 bankruptcy proceedings until November 18, 2017.

      Based upon all of the facts, files and records herein, the court hereby approves debtor's Application for Order Approving Extension of Time in Which to File Schedules until November 18, 2017, in accordance with the terms of the Application made herein.

                                              **BY THE COURT:**

Dated:                                       _____
                                              Judge of U.S. Bankruptcy Court