**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Donald Andrew Driggs

Case No: 17–43213 – WJF

Debtor(s)

Chapter 11 Case

ORDER EXTENDING TIME TO FILE
REMAINING SCHEDULES & LISTS

This matter came before the undersigned on Debtor's application for extension of time to file schedules.

It appearing appropriate to do so,

IT IS HEREBY ORDERED THAT debtor shall have until 11/17/2017 to complete the filing of the remaining schedules.

Dated: 11/8/17

William J Fisher
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on November 8, 2017
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: grace Deputy Clerk

**mnboxtim** 06/06/2013 – pb