UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

Donald Andrew Driggs,                                    Court File No. 17-43213 (WJF)

        Debtor(s).



        Judge William J. Fisher

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER FOR TELEPHONIC STATUS CONFERENCE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At Saint Paul, Minnesota
November 15, 2017

    A Status Conference in this chapter 11 bankruptcy case shall be convened on **_November 30, 2017 at 2:30p.m._** The attorney for the debtor is required to appear and should be prepared to update the Court on the status of this case. Any other party in interest may attend the conference. The conference will be held telephonically before Judge William J. Fisher. The calendar clerk will distribute telephonic instructions prior to the hearing.

        BY THE COURT:


        /e/ William J. Fisher

DATED:  _November 15, 2017_        _____

        WILLIAM J. FISHER
        UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/15/2017
Lori Vosejpka, Clerk, by JRS