## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

| | |
|---|---|
| **Donald Andrew Driggs** | **BK 17-43213** |
| **Debtor** | |
| | **Chapter 11** |

## NOTICE OF HEARING ON
## MOTION TO DISMISS CHAPTER 11 CASE

TO:   The debtor, all creditors and other parties in interest:

The United States Trustee has filed a motion to dismiss the above named Chapter 11 case pursuant to 11 U.S.C. § 1112(b).

The hearing will be held on December 19, 2017 at 11:30 a.m. before the United States Bankruptcy Court, Courtroom 2B, U.S. Courthouse, 316 Robert Street, St. Paul, Minnesota.

Any response to this motion must be filed and delivered not later than December 14, 2017, which is five days before the time set for the hearing (excluding intermediate Saturdays, Sundays and legal holidays).   Local Bankruptcy Rule 9006-1.


Dated:   11/29/2017


G.Goede
CLERK OF BANKRUPTCY COURT