## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

| | |
|---|---|
| **Donald Andrew Driggs** | **BK 17-43213** |
| **Debtor** | |
| | **Chapter 11** |

## SUPPLEMENT TO
## MOTION TO DISMISS CHAPTER 11 CASE

TO:   The debtor, all creditors and other parties in interest:

1.   The United States Trustee has filed a motion to dismiss the above named Chapter 11 case pursuant to 11 U.S.C. § 1112(b) which is set for hearing on December 19, 2017 at 11:30 a.m. before the United States Bankruptcy Court, Courtroom 2B, U.S. Courthouse, 316 Robert Street, St. Paul, Minnesota.

2.   Attached is the corrected proposed order seeking dismissal of the case.   The original proposed order inadvertently stated converted.

Dated: November 30, 2017

DANIEL MCDERMOTT
United States Trustee
Region 12

/s/ Sarah J.   Wencil
Sarah J.   Wencil
Trial Attorney
Office of U.S. Trustee
Iowa Atty. No. 14014
1015 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

    **Donald Andrew Driggs**                    **BK 17-43213**

    **Debtor**

                                            **Chapter 11**

---

## UNSWORN CERTIFICATE OF SERVICE

---

The undersigned hereby certifies under penalty of perjury that on November 30, 2017, she filed electronically the attached: Supplement and proposed Order, thereby causing the following parties to be served by CM/ECF or first class mail postage pre-paid at the addresses set forth below:

CM/ECF:

- Joseph W. Dicker     joe@joedickerlaw.com, joyce@joedickerlaw.com;G27995@notify.concompass.com
- Kurtis A. Greenley     kgreenley.adr@gmail.com, sgoettl@lindquist.com
- Paul J. Thibodeaux     Jason.Thibodeaux@gpmlaw.com, valene.perpich@gpmlaw.com

**Donald Andrew Driggs**
Po Box 405
Spring Park, MN 55384

      **CENTERPOINT ENERGY**
      PO BOX 4671
      HOUSTON, TX 77210-4671

      **CITY OF ORONO**
      2750 KELLEY PKWY
      ORONO, MN 55356-9387

      **GEORGE NORLING**
      PO BOX 361
      SPRING PARK, MN 55384-0361

      **Internal Revenue Service**
      Centralized Insolvency Operations,
      P O Box 7346

Philadelphia, PA 19101-7346

**KRUCKEBERG REAL ESTATE HOLDINGS LLC**
PO BOX 298
EXCELSIOR, MN 55331-0298

**MR. COOPER HOME LOANS**
3990 SUNSET DR
SPRING PARK, MN 55384-8401

**NATIONASTAR MORTGAGE**
PO BOX 650783
DALLAS, TX 75265-0783

**STATE OF MINNESOTA - DEPT OF REVENUE**
PO BOX 64447
ST PAUL MN 55164-0447

**STEARNS COUNTY TREASURER**
705 COURTHOUSE SQ
SAINT CLOUD, MN 56303-4781

**Wilmington Trust, National Association**
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**XCEL ENERGY**
PO BOX 9477
MINNEAPOLIS, MN 55484-0001

**United States Attorney**
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415


Executed: November 30, 2017          /s/ Sarah J. Wencil
                                     Sarah J. Wencil

3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

    **Donald Andrew Driggs**　　　　　　　　　　**BK 17-43213**

    **Debtor**

　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

## ORDER

At St. Paul, Minnesota.

The United States Trustee's motion to dismiss or convert this chapter 11 case came before the bankruptcy court.

Based on the pleadings, file and record of the these proceedings:

IT IS HEREBY ORDERED:　　This chapter 11 case is dismissed pursuant to 11 U.S.C. § 1112(b)(1).

Dated:　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　William F. Fisher
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge